**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEAN L. LEES, JR.,<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, Rhode Island State Court Facilities And Operations Division, J. JOSEPH BAXTER, individually and in his Official capacity as the Rhode Island State Court Administrator, DAVID R. HEDEN, individually and in his official Capacity as the Rhode Island Assistant State Court Administrator for Employee Relations/Security, PAUL M. PETIT, Individually and in his official capacity as an Assistant Administrator for the Rhode Island State Facilities and Operations Division,<br>Defendants | : | C.A. No. 04-547L |

**ANSWER**

Now come Defendants, and, in answer to the allegations of Plaintiff's Complaint, would show as follows:

## I. Introductory Statement

Defendants deny the factual allegations contained in Plaintiff's "Introductory Statement."

## II. Parties

1. Admitted.
2. All factual allegations of wrong doing contained in Paragraph 2 are denied.
3. Admitted.
4. Admitted.
5. Admitted.

## III. Jurisdiction

6. The allegations contained in Paragraph 6 contain legal conclusions. To the extent a response is necessary, those allegations are denied.

## IV. Venue

7. Admitted that venue is proper. All factual allegations are denied.

## V. Material Facts

8. Admitted.

9. Admitted.

10. Defendants are without information sufficient to admit or deny the allegations contained in Paragraph 10 of Plaintiff's Complaint, and would therefore leave him to his proof.

11. Defendants are without information sufficient to admit or deny the allegations contained in Paragraph 11 of Plaintiff's Complaint, and would therefore leave him to his proof.

12. It is admitted that on June 9, 2004 Plaintiff had a meeting with Defendants Petit and Baxter. The remaining allegations of paragraph 12 are denied.

13. It is admitted that on October 29, 2004 Plaintiff had a meeting with Defendants Heden and Petit. The remaining allegations of paragraph 13 are denied.

14. It is admitted that at that time Plaintiff was given the November 9, 2004 document. Defendants are without information and belief as to the remaining allegations of paragraph 14 and on that ground deny them.

15. Denied.

16. Admitted.

17. Admitted

18. Denied.

19. Denied.

20. Denied.

21. Denied.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with prejudice, no costs or fees to any parties.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The complaint fails to state cause of action against these Defendants upon which relief can be granted.

### Second Affirmative Defense

Defendants plead sovereign immunity, as well as absolute, qualified and discretionary immunity.

### Third Affirmative Defense

Plaintiff is not entitled to an award of punitive damages.

### Fourth Affirmative Defense

Defendants claim benefit of Eleventh Amendment immunity.

### Sixth Affirmative Defense

Plaintiff is not entitled to an award of prejudgment interest.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2303
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, on this 17th day of ~~April~~ June, 2005 to those indicated below:

Melissa J DiFazio

V. Edward Formisano, Esquire
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920