AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DEAN L. LEES, JR.

V.

STATE OF RHODE ISLAND, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-547L

TO: Keeper of Records
The Woonsocket Call
75 Main Street, Woonsocket, RI

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Department of Attorney General, 150 South Main St., Prov. | 9/19/05 at 1:30 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all articles, reporters notes and/or telephone logs referencing or relating to Dean L. Lees, Jr., for the time period of April - November, 2004.

| PLACE | DATE AND TIME |
|---|---|
| Department of Attorney General, 150 South Main St., Prov. | 9/19/05 at 1:30 p.m. |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Rebecca Tedford Partington | 9-13-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Rebecca Tedford Partington, Deputy Chief - Civil Division 274-4400 x 2303
150 South Main Street, Providence, RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9 14 ·05 | 75 Main St. Woon. RI. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| LISA GOVER | IN HAND |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| S. J. SPRINGER | INSPECTOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9 14 05
DATE

Insp. S J Springer
SIGNATURE OF SERVER

150 So Main St.
ADDRESS OF SERVER
Providence, RI

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEAN L. LEES, JR., Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, Rhode Island State Court Facilities And Operations Division, J. JOSEPH BAXTER, individually and in his Official capacity as the Rhode Island State Court Administrator, DAVID R. HEDEN, individually and in his official Capacity as the Rhode Island Assistant State Court Administrator for Employee Relations/Security, PAUL M. PETIT, Individually and in his official capacity as an Assistant Administrator for the Rhode Island State Facilities and Operations Division, Defendants | : | C.A. No. 04-547L |

**NOTICE OF DEPOSITION**

Defendants hereby gives notice that it, by and through its attorneys, will take the Deposition of the **Keeper of Records, The Woonsocket Call**, at the Office of the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition will commence at 1:30 P.M. on September 19, 2005, and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2303
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Notice of Deposition was mailed, postage prepaid, on this 15th day of September, 2005 to those indicated below:

Melissa DiFonzo

V. Edward Formisano, Esquire
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DEAN L. LEES, JR.

V.

STATE OF RHODE ISLAND, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-547L

TO: Keeper of Records, The Valley Breeze
2190 Mendon Road
Cumberland, RI 02864

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Department of Attorney General, 150 S. Main St., Prov., R.I. | 9/19/05 at 2:30 p.m. |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all articles, reporters notes and/or telephone logs referencing or relating to Dean L. Lees, Jr., for the time period of April - November of 2004.

| PLACE | DATE AND TIME |
|---|---|
| Department of Attorney General, 150 S. Main St., Prov., R.I. | 9/19/05 at 2:30 p.m. |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Rebecca Tedford Partington | 9-13-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Rebecca Tedford Partington, Deputy Chief - Civil Division 274-4400 x 2303
150 South Main Street Providence RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9 14 05 | 2190 MENDON RD CUMB. RI |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| BARBARA TRINIDAD | IN HAND |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| S. J. SPRINGER | INSPECTOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9 14 05
DATE

Insp. S J Springer
SIGNATURE OF SERVER

150 So. Main St.
ADDRESS OF SERVER
Providence RI

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEAN L. LEES, JR.,<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, Rhode Island State Court Facilities And Operations Division, J. JOSEPH BAXTER, individually and in his Official capacity as the Rhode Island State Court Administrator, DAVID R. HEDEN, individually and in his official Capacity as the Rhode Island Assistant State Court Administrator for Employee Relations/Security, PAUL M. PETIT, Individually and in his official capacity as an Assistant Administrator for the Rhode Island State Facilities and Operations Division,<br>Defendants | : | C.A. No. 04-547L |

**NOTICE OF DEPOSITION**

Defendants hereby gives notice that it, by and through its attorneys, will take the Deposition of the **Keeper of Records, The Valley Breeze**, at the Office of the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition will commence at 2:30 P.M. on September 19, 2005, and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2303
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Notice of Deposition was mailed, postage prepaid, on this 15th day of September, 2005 to those indicated below:

Melissa DiFonzo

V. Edward Formisano, Esquire
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920