UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DEAN L. LEES, JR., Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, Rhode Island State Court Facilities And Operations Division, J. JOSEPH BAXTER, individually and in his Official capacity as the Rhode Island State Court Administrator, DAVID R. HEDEN, individually and in his official Capacity as the Rhode Island Assistant State Court Administrator for Employee Relations/Security, PAUL M. PETIT, Individually and in his official capacity as an Assistant Administrator for the Rhode Island State Facilities and Operations Division, Defendants | C.A. No. 04-547L |

**STIPULATION**

Now come the undersigned and hereby stipulate and agree that this matter is hereby dismissed, no costs or fees to either party.

V. Edward Formisano, Esquire
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401)944-9690
Fax No. (401) 943-9040

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2303
Fax No. (401) 222-2995

Enter: Ronald R. Lagueux
Sr. USDJ 11/15/05